# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Kelly, Jane | 2. Court or Organization<br><br>8th Circuit | 3. Date of Report<br><br>05/14/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - active status | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
111 7th Avenue SE, Box 20
Cedar Rapids, Iowa 52401

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executor | Estate #1 (no reportable assests) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Appellate Judges Education Institute | January 9-10, 2019 | Washington, DC | AJEI Education Committee meeting | hotel, food, partial transportation |
| 2. | University of Dayton Law School and Dayton Bar Association | October 20-21, 2019 | Dayton, Ohio | Speaker, First Monday in October | hotel, food, transportation |
| 3. | American Society of International Law | November 21-23, 2019 | Washington, DC | Annual meeting | hotel, food, transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jane | 05/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust (H) | | | | | | | | | |
| 2. --Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 3. --shares in Cox-Kelly Farms (subchapter S corporation) | E | Dividend | O | W | | | | | |
| 4. --Fidelity Core Account | A | Interest | O | T | | | | | |
| 5. Illinois SURS-traditional benefit plan | A | Interest | J | T | | | | | |
| 6. U.S. Bank, cash accounts | A | Interest | O | T | | | | | |
| 7. ACE Limited, now Chubbs Limited | A | Dividend | K | T | | | | | |
| 8. Accenture | A | Dividend | K | T | | | | | |
| 9. Amphenol Corp. | A | Dividend | K | T | | | | | |
| 10. Apple Inc | A | Dividend | K | T | | | | | |
| 11. Berkshire Hathaway | | None | K | T | | | | | |
| 12. CSX Corp | A | Dividend | K | T | | | | | |
| 13. Dow Chemical | A | Dividend | J | T | | | | | |
| 14. Expedia Inc | A | Dividend | | | Sold | 12/03/19 | J | B | |
| 15. First Republic Bank | A | Dividend | K | T | | | | | |
| 16. Google Inc. A now Alphabet Inc.- Class A | A | Dividend | J | T | | | | | |
| 17. Alphabet Inc. -Class C (mistakenly noted as sold in 2018) (X) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Jane** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Iowa State Univ. Bond (no additional detail available) | A | Interest | | | Sold | 07/01/19 | K | A | |
| 19. Ishares MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 20. Ishares Russell 2000 Value ETF | A | Dividend | K | T | | | | | |
| 21. Ishares Russell 2000 Growth ETF | A | Dividend | K | T | | | | | |
| 22. Ishares Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 23. Marriott International Inc. Bond | A | Interest | K | T | | | | | |
| 24. Mastercard Inc | A | Dividend | K | T | | | | | |
| 25. Nextera Energy | A | Dividend | K | T | | | | | |
| 26. Northern Trust | A | Dividend | J | T | | | | | |
| 27. Skyworks Solutions | A | Dividend | J | T | | | | | |
| 28. TJX Companies | A | Dividend | K | T | | | | | |
| 29. United Technologies Corp | A | Dividend | J | T | | | | | |
| 30. Univ of Iowa Bond (no additional detail available) | A | Interest | K | T | | | | | |
| 31. Vanguard CRSP Growth ETF (noted in error as sold in full in 2018 ) | A | Dividend | K | T | | | | | |
| 32. Vanguard CRSP Value ETF | A | Dividend | K | T | | | | | |
| 33. Wyndham Hotels and Resorts, Inc. | A | Dividend | J | T | | | | | |
| 34. Des Moines IA Bond (no additional detail available) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Jane** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Higher Dimension Research | | None | J | W | | | | | |
| 36. | Arrow Electronics | A | Dividend | | | Sold | 07/18/19 | J | B | |
| 37. | Cedar Rapids, Iowa bond (expiration June 2021) | A | Interest | K | T | | | | | |
| 38. | Comcast Corporation, Class A | A | Dividend | J | T | | | | | |
| 39. | American Funds, The Growth Fund of America | A | Dividend | J | T | | | | | |
| 40. | American Funds, The New Economy Fund | A | Dividend | J | T | | | | | |
| 41. | American Funds, The New Perspective Fund | A | Dividend | J | T | | | | | |
| 42. | American Funds, The SmallCap World Fund | A | Dividend | J | T | | | | | |
| 43. | Bank of the West cash account | | None | J | T | | | | | |
| 44. | JP Morgan Chase Bond | A | Interest | K | T | | | | | |
| 45. | Checkpoint Software | A | Dividend | | | Sold | 06/14/19 | K | C | |
| 46. | Pfizer | A | Dividend | | | Sold | 08/27/19 | J | A | |
| 47. | Abbott Labs | A | Dividend | K | T | | | | | |
| 48. | Spirit Lake IAComm. Schools Bond (expiration July 2027) | A | Interest | J | T | | | | | |
| 49. | Cedar Rapids Iowa Bond (expiration June 2031) | A | Interest | K | T | | | | | |
| 50. | Lockheed Martin Corp | A | Dividend | K | T | | | | | |
| 51. | Johnson and Johnson | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Jane** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   Alibaba Group Holding | A | Dividend | K | T | | | | | |
| 53.   Thermo Fisher Scientific | A | Dividend | K | T | | | | | |
| 54.   PayPal Holdings | A | Dividend | K | T | | | | | |
| 55.   Sensata Technologies Holding | A | Dividend | J | T | | | | | |
| 56.   Pioneer Natural Resources | A | Dividend | | | Sold | 10/10/19 | J | A | |
| 57.   SPDR S&P Biotech ETF | A | Dividend | | | Sold | 10/10/19 | K | B | |
| 58.   Highwoods Realty Bond | A | Interest | K | T | | | | | |
| 59.   College IA Community bond (formerly Univ of Iowa Bond exp June 2025) | A | Interest | K | T | | | | | |
| 60.   International Business Machines | A | Dividend | | | Sold | 11/18/19 | J | A | |
| 61.   Citgroup Inc common stock | A | Dividend | J | T | | | | | |
| 62.   Check Point Software Technologies | A | Dividend | | | Sold | 06/14/19 | K | C | |
| 63.   BB&T Corporation | A | Dividend | | | Sold | 08/14/19 | J | A | |
| 64.   SK Telecom Co | A | Dividend | | | Sold | 06/14/19 | J | A | |
| 65.   Shire PLC | A | Dividend | | | Sold | 01/14/19 | K | C | |
| 66.   Mondelez International | A | Dividend | K | T | | | | | |
| 67.   Air Products and Chemicals | A | Dividend | J | T | | | | | |
| 68.   Anthem | A | Dividend | | | Sold | 09/12/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Jane** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Southwest Airlines | A | Dividend | | | Sold | 06/14/19 | J | A | |
| 70. Valero Energy Corp | A | Dividend | J | T | | | | | |
| 71. Aqua America Inc. | A | Dividend | J | T | | | | | |
| 72. Bank of America, common stock | A | Dividend | K | T | | | | | |
| 73. Lam Research Group | A | Dividend | J | T | | | | | |
| 74. Palo Alto Networks | A | Dividend | J | T | | | | | |
| 75. CVS Health Corp | A | Dividend | | | Sold | 06/14/19 | J | A | |
| 76. Adidas AG | A | Dividend | | | Sold | 12/03/19 | K | D | |
| 77. Chevron Corp | A | Dividend | J | T | | | | | |
| 78. Walgreens Boots Alliance Inc | A | Dividend | | | Sold | 06/14/19 | J | A | |
| 79. Applied Materials (sold 12/20/18 sale not reported last year in error) | A | Dividend | | | Sold | 12/20/18 | J | A | |
| 80. Constellation Brands | A | Dividend | J | T | | | | | |
| 81. Schwab Value Advantage, money market account | A | Interest | J | T | | | | | |
| 82. SPDR Investment Grade Floating ETF | A | Dividend | K | T | Buy | 12/03/19 | K | | |
| 83. Davenport, Iowa bond (expiration June 2028) | A | Interest | J | T | Buy | 07/15/19 | J | | |
| 84. Prudential Financial Inc. | A | Dividend | K | T | Buy | 08/15/19 | K | | |
| 85. Verizon Communications | A | Dividend | K | T | Buy | 06/14/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Jane** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Walmart Inc. | A | Dividend | K | T | Buy | 06/14/19 | K | | |
| 87. Amazon.com Inc | A | Dividend | K | T | Buy | 11/18/19 | K | | |
| 88. Crown Castle International Corp | A | Dividend | K | T | Buy | 06/14/19 | K | | |
| 89. Facebook Inc. | A | Dividend | K | T | Buy | 06/14/19 | K | | |
| 90. Merck and Co. Inc. | A | Dividend | J | T | Buy | 08/28/19 | J | | |
| 91. Microsoft Corp. | A | Dividend | K | T | Buy | 12/03/19 | K | | |
| 92. Alaska Air Group Inc. | A | Dividend | K | T | Buy | 12/03/19 | K | | |
| 93. Sanmina Corp. | A | Dividend | J | T | Buy | 07/19/19 | J | | |
| 94. PRA Health Sciences Inc. | A | Dividend | K | T | Buy | 09/24/19 | K | | |
| 95. Xylem Inc. | A | Dividend | K | T | Buy | 06/14/19 | K | | |
| 96. Grifols SA | A | Dividend | J | T | Buy | 10/15/19 | J | | |
| 97. Koninklijke Ahold | A | Dividend | K | T | Buy | 10/15/19 | K | | |
| 98. Novartis AG -ADR | A | Dividend | K | T | Buy | 02/14/19 | K | | |
| 99. Pepsico (error to list last year as full rather than partial sell) (X) | A | Dividend | K | T | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Jane** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Jane** | 05/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Estate #1 had no assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jane Kelly**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544